# UNITED STATES POSTAL SERVICE® — EEO Complaint of Discrimination in the Postal Service
*(See Instructions and Privacy Act Statement on back of form.)*

RECEIVED JAN 0 9 2023 NEEOISO

| # | Field | Value |
|---|---|---|
| 1 | Name | Kelwyn White |
| 2 | SSN or EIN if Applicant | 0679786 |
| 3 | Case Number | 4G-320-0040-23 |
| 4a | Mailing Address (Street or PO Box) | 2853 London Rd. |
| 4b | City, State, and Zip + 4 | Cottondale, Florida 32431 |
| 5 | Email Address | KelwynWhite@ymail.com |
| 6 | Home Telephone Number | (850) 352-2435 |
| 7 | Work Telephone Number | (850) 557-5121 |
| 8 | Position Title (USPS Employees Only) | City Carrier Assistant |
| 9 | Grade Level (USPS Employees Only) | |
| 10 | Do You Have Veteran's Preference Eligibility | ☐ Yes ☑ No |
| 11 | Installation Where You Believe Discrimination Occurred | Graceville Post Office, Graceville, Florida 32440 |
| 12 | Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory | Travis Robarge - Postmaster; Terra Roberts - Clerk/Supervisor |
| 13a | Name of Your Designated Representative | |
| 13b | Representative Title | |
| 13c | Mailing Address | |
| 13d | City, State, ZIP+4 | |
| 13e | Representative Email Address | |
| 13f | Home Telephone Number | |
| 13g | Work Telephone Number | |

**14. Type of Discrimination You Are Alleging (Select all that apply.)**

- ☑ Race (Specify): African-American
- ☑ Color (Specify): Black
- ☐ Religion (Specify):
- ☐ National Origin (Specify):
- ☑ Sex (Specify Male, Female): Male
- ☐ Sex (LGBT):
- ☐ Age (40+) (Specify Date of Birth):
- ☐ Retaliation (Specify Protected EEO Activity):
- ☐ Disability (Specify):
- ☐ Genetic Information (Specify):

**15. Date on Which Alleged Act(s) of Discrimination Took Place**

**16.** Explain the specific action(s) or situation(s) that resulted in you alleging that you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, genetic information, disability, or retaliation for participation in a protected EEO activity. Note that if your allegation is similar or related to a previous complaint, that complaint may be amended. 29 C.F.R. § 1616.106(d). Please use additional pages if necessary.

- Paychecks not received on time, 30 days or more with no pay, six weeks before I receive a paycheck from 11-10-2022. Leave time denied for invalid reasons on 10-03-22, 12-14-22; City Carrier from home installation conversed in refference the assault on my employment in the attempt to have me terminated by Postmaster Travis Robarge. 12-6-22 I was called in the Postmasters office in Chipley to meet with Travis Robarge in refference recent communication, he passed me a wadded paper which was a leave-request form me, denied for (Continu

**17. What remedy are you seeking to resolve this complaint?**

Stop discriminatory practices involved, Pay Attorney's fees paid, Take corrective or preventive action to cure or correct the source of identified discrimination, Pay compensatory damages not to exceed $300,000.00

GOVERNMENT EXHIBIT A

**18. Did You Discuss Your Complaint with an EEO Alternative Dispute Resolution (ADR) Specialist or a REDRESS Mediator?**
☑ Yes, Date you received the Notice of Final Interview: TBD
☐ No

| 19a. Signature of EEO ADR Specialist | 19b. Date Signed |
|---|---|
| James C Musgrave    USPS Tracking No.: 9410 8036 9930 0156 5223 11 | 12/19/2022 |
| 20. Signature of Complainant or Complainant's Attorney | 21. Date Signed |
| [signed] | 01/05/2023 |

PS Form 2565, October 2015 (Page 1 of 2)

# UNITED STATES POSTAL SERVICE®
## Notice of Right to File Individual Complaint

| TO: Name (First, MI, Last) | Case Number |
|---|---|
| Kelwyn White | 4G-320-0040-23 |

This notice will attest to the fact that on 12/16/2022, I advised you of the actions taken concerning the alleged discrimination that you brought to my attention. If the matters that you raised during the pre-complaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date you receive this notice. If you decide to file a formal complaint, your complaint must be put in writing and signed by you or your attorney, if you retained one to represent you. I am providing you with PS Form 2565, *EEO Complaint of Discrimination in the Postal Service,* for this purpose. Your complaint must be mailed or delivered to:

⌐   NEEOISO – Formal Complaints
    U.S. POSTAL SERVICE
    P.O. BOX 21979
    TAMPA, FL 33622-1979                                                    ⌐

Your complaint will be deemed timely filed if it is received at this address before the expiration of the 15-day filing period, or if it bears a postmark that is dated before the expiration of the filing period. In the absence of a legible postmark, it must be received by mail within 5 calendar days of the expiration of the filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex (male, female), sex (LGBT), national origin, age (40+), disability, genetic information, or retaliation for participation in protected EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) **Your name, address, position, and level;**
- If you change your address, you have a regulatory requirement to immediately report the change to the address below: NEEOISO-EEO Contact Center, U.S. Postal Service, P.O. Box 21979, Tampa, FL 33622-1979

(2) **The specific action or matter complained of,** the date of occurrence, and the names of the official(s) who took the alleged discriminatory action at issue in this complaint;

(3) **The specific type of discrimination alleged,** (e.g., race - African American, sex - female);
- If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) **A brief statement of the facts** that led you to believe you were discriminated against and the names of similarly situated individuals whom you believe were treated differently than you.
- If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.
- If you allege retaliation, you must show a connection between the action about which you are complaining and your participation in protected EEO activity. You also must show when the alleged discriminatory action at issue in this complaint occurred, the management official who took the action was aware that you had previously engaged in protected EEO activity.

(5) **The name of the EEO Alternative Dispute Resolution Specialist** who provided you with this notice and the date you received this Notice of Right to File.

### Privacy Act Statement and Rehabilitation Act Notice

**Privacy Act Statement:** Your information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. Collection is authorized by 39 U.S.C. 401, 409, 410, 1001, 1005, and 1206. Providing the information is voluntary, but if not provided, we may not be able to process your request. We may disclose your information as follows: in relevant legal proceedings; to law enforcement when the U.S. Postal Service® (USPS®) or requesting agency becomes aware of a violation of law; to a congressional office at your request; to entities or individuals under contract with USPS; to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission; and to the Merit Systems Protection Board or Office of Special Counsel. For more information regarding our privacy policies, visit www.usps.com/privacypolicy.

**Rehabilitation Act Notice:** Under the Rehabilitation Act, medical information is confidential and may only be requested or disclosed in very limited circumstances. Medical documentation about the complainant's and possible comparison employees' medical conditions and work restrictions may be requested in connection with the investigation of an EEO complaint. Information about medical restrictions (but not medical conditions) obtained in the course of an EEO investigation may be disclosed to supervisors and managers who need to know about restrictions on the work or duties of the employee and about necessary accommodations. Supervisors and managers are not permitted to share such information with peers or subordinates or to discuss the information with those who have no need to know and whose requests for the information are not job-related and consistent with business necessity.

| Signature of EEO Alternative Dispute Resolution Specialist | Date Issued | Your Signature | Date Received |
|---|---|---|---|
| *James C Musgrave* | 12/19/2022 | *Kelwyn White* | 12/22/2022 |

*Alternative Dispute Resolution Specialist: If you are mailing this notice, you must send it by Priority Mail®, Signature Confirmation™ Delivery.*

PS Form **2579-A**, October 2015                USPS Tracking Number:  9410 8036 9930 0156 5223 11

16. Continued- invalid reasons. 11-11-22, 11-17-22 - I contacted Graceville Postmaster in reference my payroll check, he advised on 11-17-22, I would be paid via money order the next day. There was no communication from Postmaster until 12-5-22 concerning my payroll check. As of 12-23-22 payroll check was not received. 9-30-22 - My payroll check was not available until the following week in which Postmaster claim he had no information about the payroll checks. 9-22-22 - I received an official letter of Warning from Graceville Postmaster Travis Robarge citing directions not followed, in which no means of official communication had transpired for directions to be given. 9-16-22 I contacted Graceville Postmaster Travis Robarge in reference the steep declined in (forcible) duty hours from his mandated scheduling, he gave no valid explanation in response. 9-19-22 - In an attempt to start my street duties, Graceville Postmaster followed outside the Post Office and proceeded to smoke a cigarette directly in the line of my travel, therefore exposing me to second-hand smoke, in which the effects were felt immidiately (dizziness, nausea, etc.) 9-22-22 - I requested computer access from Graceville Postmaster in which he denied with no valid explanation. 9-19-22 - Carrier from Graceville approached me and advised me that there was an assault in place from management to terminate my employment. 9-13-2022 After full-time carrier returned, I noticed truck + casing area had been maintained and cleaned As I requested several times with no result. 8-2-22 - I was summoned to the office by Graceville Postmaster Travis Robarge who inquired about my return to office time knowingly there was not any personnel present to clear my barcode scans. 7-18-22 - Called in the office by management Postmaster of Graceville Travis Robarge, who then began to address the recent harrassment and discriminatory actions against me. 6-28-22 Terra Roberts acting Supervisor/ Postmaster instructed me to meet with police at the Graceville Post Office where I was detained, read Miranda Rights, and questioned by Graceville Police Department Officer, Steven William giving me impression I was under arrest. 6-3-22 - Office talk was overwhelmingly biased + political

Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

**PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED**

**PRIORITY MAIL**

FROM: Kelwyn White
2853 London Rd.
Cottondale, FL 32431

TO: NEEOISO - Formal Complaint
U.S. Postal Service
P.O. Box 21979
Tampa, FL 33622-1979

US POSTAGE PAID $9.90
Origin: 32428
01/05/23
1115300721-10

PRIORITY MAIL®
0 Lb 2.00 Oz
RDC 04
B024

EXPECTED DELIVERY DAY: 01/07/23

SHIP TO:
PO BOX 21979
TAMPA FL 33622-1979

USPS TRACKING® #
9505 5108 3692 3005 3754 88

RECEIVED
JAN 09 2023
NEEOISO