| U.S. Postal Service<br>**EEO Dispute Resolution Specialist's (DRS) Inquiry Report** | Case No.<br>**4G-320-0040-23** |
|---|---|

**NOTICE OF RESTRICTED USAGE**

Access to, and usage of, this EEO report is restricted by both the Freedom of Information Act and the Privacy Act to: (1) the complainant and his or her representative, and (2) government officials who must have access to the files to discharge their OFFICIAL duties. The report must be safeguarded. Willful violations of these requirements are subject to criminal penalties (5 U.S.C. 552a(i)).

### Complainant

| Name (Last, First, MI)<br>**White, Kelwyn,** | SSN or EIN<br>**06179786** |
|---|---|
| Home Address (No., Street, City, State, ZIP + 4®)<br>5360 CLIFF ST  GRACEVILLE FL 32440-9998 | Work Address (Facility Name, No., Street, City, State, ZIP + 4®)<br>5360 CLIFF ST GRACEVILLE FL 32440-9998 |

| Home Telephone No.<br>(850) 663-4416 | Email Address | Office Telephone No.<br>(850) 663-4416 |
|---|---|---|

| Position Title<br>CITY CARRIER ASSISTANT 2 | Grade Level<br>01 Q | Tour<br>Tour 2 | Duty Hours<br>09:00:00 AM- 05:00:00 PM |
|---|---|---|---|

| Off Days (For Tour I, record of nights) | Is EEO Poster 72 on display in Complainant's facility?<br>☒ Yes, verified on date: December 07, 2022    ☐ No |
|---|---|

| Preference Eligible<br>☐ Yes  ☒ No | Mixed Case<br>☐ Yes  ☒ No | MSPB Appeal Filed?<br>☐ Yes  ☒ No   If Yes, Date Filed: |
|---|---|---|

### Chronology of Informal Process

| Date of Incident<br>**June 3, 2022 ongoing** | Date of Initial Contact with EEO Office<br>11/27/2022 | Date of Initial Interview<br>12/6/2022 |
|---|---|---|
| REDRESS™ Overview<br>☒ Yes  ☐ No | ADR Election Form Signed<br>☐ Yes  ☒ No | 60 Day Extension Form Signed<br>☐ Yes  ☒ No  If Yes, Expiration Date: |
| Date Complainant Signed or Received Notice of Right to File  December 22, 2022 | Date DRS Report Requested<br>January 10, 2023 | Date DRS Report Submitted<br>January 18, 2023 |

### Basis for Alleged Discrimination

Check and Particularize Each that Applies

| ☒ 1. Race (Specify): Black | ☐ 7. Age (Specify Date of Birth): |
|---|---|
| ☒ 2. Color (Specify): Black | ☐ 8. Physical Disability (Specify): |
| ☐ 3. Religion (Specify): | ☐ 9. Mental Disability (Specify): |
| ☒ 4. Sex (Specify): Male | ☐ 10. Genetic Information (Specify): |
| ☐ 5. Sex (Specify LGBT): | ☐ 11. Retaliation (Specify Cited Prior EEO Activity): |
| ☒ 6. National Origin (Specify): Other | |

Discrimination Claim(s):

The Counselee alleges discrimination based on the abovementioned factor(s), when:

From June 3, 2022, and ongoing he is harassed in the form of; over monitored, given investigative interviews, not worked enough hours, management smoked in view of counselee, issued a letter of warning, pay check not available until 3-days after pay date, and more recently on November 10, 2022 he did not receive his paycheck.

Requested Resolution

**GOVERNMENT EXHIBIT B**

**EEO Alternative Dispute Resolution Specialist's Checklist.**

Please check All That Apply.

☒  1. I informed counselee of the impartial role of the Dispute Resolution Specialist in the EEO complaint process, explained the EEO process, and provided counselee with the booklet, *What You Need to Know About EEO* -- an overview of the EEO process in the Postal Service.

☒  2. I notified counselee of his/her right to be accompanied, represented, and advised by a representative of his/her choice at any stage in the complaint process. If counselee elected representation, I obtained the following information:

   Representative's Name: _____

   Title: _____   Telephone Number: _____

   Fax No: _____   Email Address: _____

   Mailing Address:

☒  3. I advised counselee of his/her right to remain anonymous during pre-complaint counseling and he/she DID
   ☒ / DID NOT ☐ waive anonymity.

☒  4. I explained the privacy act notice. Counselee signed a copy of the notice prior to the interview.

☐  5. If a mixed case, I informed counselee of the mixed case election procedures in 29 C.F.R. §1614.302.

☐  6. If age discrimination was alleged, I informed counselee of the alternate procedures available for pursuing age claims, as outlined in 29 C.F.R. §1614.201.

☐  7. If a sex based claim of wage discrimination was alleged under Equal Pay Act (EPA), I advised counselee of his/her right to bypass the administrative procedure and file a civil action, as outlined in 29 C.F.R. §1614.408.

☐  8. If discrimination based on disability was alleged I informed counselee of his/her requirement to submit documentation of his/her disability. Documentation HAS ☐ / HAS NOT ☐ been submitted.

☐  9. If counselee presented his/herself as an agent of a class, I explained the class complaint procedures and the class agent's responsibilities, as outlined in 29 C.F.R.§1614.204.

☒  10. I informed counselee of his/her requirement to immediately notify the area NEEOISO-EEO Contact Center and EEOC if the representative's or his/her mailing addresses change.

☒  11. I explained that I will not be the one who will make the decision on the acceptability of counselee's claim(s); but, there is a possibility that, for the reason(s) I have briefly restated below, the claim(s) will be dismissed in accordance with 29 C.F.R.1614.107.

**DRS Note:**

EEOC instructions for processing Federal Sector EEO Complaints and update mailed to Counselee on December 12, 2022.

**Alternative Dispute Resolution Specialist's Inquiry**

**Counselee alleged from June 3, 2022, and ongoing he is continually harassed, Counselee stated on June 3, 2022, his coworkers were discussing guns and bullets made to kill people and management did nothing. On June 10, 2022, the Postmaster completed an observation on the Counselee without prior notification. On June 28, 2022, the police detained the Counselee. On July 18, 2022, the Counselee was called to the RMOs office to address recent events. On August 2, 2022, the Counselee was called to the /RMOs office to discuss delivery scans from July 30, 2022. When on September 16, 2022, the Counselee asked management about his workhours. When on September 19, 2023, the union told the Counselee management was going to make his employment difficult.  Also on September 19, 2022, the Counselee stated management smoked a cigarette in his area. When on September 22, 2022, the Counselee requested ACE access and it was denied. When on September 30, 2022, his check was not available when he went to pick it up. On October 03, 2022, his leave was denied. When on November 10, 2022, he did not receive his paycheck.**

**On December 7, 2022, RMO Travis Robarge and Terra Roberts responded to the Counselee's claims by stating street observations were completed on several employees that day. The RMOs stated the Counselee voluntarily spoke with the Police Department and nothing came from the conversation. The RMOs stated the Counselee has worked six days a week and there are mileage calculations completed per the F-15. Additionally, the RMOs stated paper checks at times arrive late and when it does the Counselee is not the only one affected. The RMOs further stated the Counselee was issued a Letter of Warning for failure to follow instructions which was reduced during the grievance process. The RMOs stated the Counselee was made aware that the paycheck for November 10th was stopped and was being reissued.**

**REDRESS™** *(Dispute Resolution Specialist complete this section if counselee participated in ADR)*

Date of mediation: **Rejected**

Disposition: ☐ Resolved   ☒ Not Resolved

**Summary of Final Interview**

**In that attempts to resolve Counselee's issues were unsuccessful, a Final Interview Letter, PS Forms 2564-C, 2565, and 2579-A were mailed to Counselee on <u>December 19, 2022</u> via Signature Confirmation Receipt No. <u>9410 8036 9930 0156 5223 11</u>. Counselee received this information on <u>December 22, 2022</u>.**

See Continuation Page?   ☐ Yes   ☒ No

**Privacy Act Notice**

The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended.  This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program.  As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act.  Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Office Address of Dispute Resolution Specialist (No., Street, City, State, and Zip + 4) | Office Address of Manager EEO Compliance & Appeals (No., Street, City, State, and Zip + 4) |
|---|---|
| 7415 COMMONWEALTH AVE  JACKSONVILLE FL 32099-9998 | 800 RINEHART RD  MID FLORIDA FL 32799-9997 |

| Specialist's Office Telephone No. | Specialist's Office Hours | |
|---|---|---|
| (904) 783-7243 | 0800-1600 | |
| Signature of EEO Dispute Resolution Specialist | Typed Name of EEO Dispute Resolution Specialist | Date |
| *Wendy Fuller* for J. Musgrave | James C Musgrave | 1/18/2023 |

PS Form **2570**, October 2015 *(Page 3 of 4)*