National EEO Investigative Services Office



# UNITED STATES POSTAL SERVICE
# EQUAL EMPLOYMENT OPPORTUNITY
# IN THE MATTER OF:

| | |
|---|---|
| KELWYN WHITE<br>2853 London Rd<br>Cottondale, FL 32431-7010<br>Complainant,<br><br>    v.<br><br>LOUIS DEJOY<br>Postmaster General<br>United States Postal Service<br>Southern Retail & Delivery Area<br>Agency. | USPS Tracking No. Complainant:<br>9114 9022 0078 9724 1599 65<br><br><br><br>Agency Case No. 4G-320-0040-23<br><br><br>Date Filed Formal: January 5, 2023 |

## ACKNOWLEDGEMENT OF AMENDMENT TO COMPLAINT

The agency acknowledges the receipt of your EEO Contact dated February 13, 2023. Title 29 C.F.R. §1614.106 (d), permits the amendment of a pending EEO complaint to add claims that are like or related to those claims raised in the pending complaint. There is no requirement that the complainant seek or receive counseling on these new claims. The additional matters raised in your request are considered like or related to the matters raised in your formal complaint filed on January 5, 2023. Therefore your complaint is hereby amended.

<u>Specific Amended Issue(s)</u>[1]: You alleged you were subjected to discriminatory harassment based on Race (African American), Color (Black), and Sex (Male) when:

9. On January 7, 2023, management scheduled you to report at 7:45 A.M., but failed to notify you in advance.
10. On or about January 7, 2023, you became aware that other carriers were allowed to work through peak season at your office while you were scheduled to work at a neighboring post office.

**The issues now accepted for investigation include only the following:**

**GOVERNMENT EXHIBIT D**

---

[1] The bases of discrimination which you originally alleged in your formal complaint were utilized for any new amended issues. Should you wish to add or remove any purviews please contact the Contract Investigator assigned to your case.

Specific Issue(s): You alleged you were subjected to discriminatory harassment based on Race (African American), Color (Black), and Sex (Male) when:

1. On dates to be specified, your paycheck was delayed.
2. On dates to be specified, your work hours were reduced.
4. On July 18, 2022, August 2, 2022, and other possible dates to be specified, you were questioned and overly scrutinized by management.
6. On September 22, 2022, you were issued a Letter of Warning.
7. On September 22, 2022, your request for computer access was denied.
8. On October 3 and December 14, 2022, your leave request was denied.
9. On January 7, 2023, management scheduled you to report at 7:45 A.M., but failed to notify you in advance.
10. On or about January 7, 2023, you became aware that other carriers were allowed to work through peak season at your office while you were scheduled to work at a neighboring post office.

NOTE: If your complaint involves an allegation of age discrimination, the Postal Service is required by the Age Discrimination in Employment Act of 1967, as amended, to advise you that you may consult with an attorney should you desire to do so before signing any agreement resolving your complaint of age discrimination.

If you do not agree with the accepted issue(s) as defined above, you must provide a written response specifying the nature of your disagreement within seven (7) calendar days of the date of your receipt of this letter. Your response must be addressed to the undersigned EEO Services Analyst at NEEOISO, P. O. Box 21979, Tampa, FL 33622-1979. You are reminded that any notification of disagreement with the defined accepted issues is not an opportunity or forum to raise additional, unrelated allegations of discrimination. Additional unrelated issues must be pursued through the established EEO procedures described in Poster 72 which is displayed on the employee bulletin boards at your local installation.

Please be prepared to go forward with your case and provide an affidavit when the Investigator contacts you in the near future.

The investigation must now be completed within the earlier of 180 days of this amendment or 360 days from the date the original complaint was filed, except that you may request a hearing on the original complaint and amendments to it at any time after 180 days from the date the original complaint was filed. You may request a hearing by sending your request, in writing, within the applicable time period, to:

Hearings Unit
EEOC Birmingham District Office
1130 22nd Street South #2000
Birmingham AL 35205-2870

If you have a grievance pending on the same issue(s) as those addressed in your complaint of discrimination, the agency may, at its discretion, defer the processing of this complaint until the grievance procedure has run its course and there has been a final resolution of the grievance.  When an investigation is deferred, pending the outcome of the grievance process, the 180-day time period for processing the complaint is stopped temporarily, and does not restart until the grievance is resolved.  If your complaint is deferred, you will be notified, in writing, of the options which may be available to you as a result.

**When the investigation is completed**, you will receive a notice via email to access an electronic record of the investigative report and you will be notified of your right to request a hearing before an Equal Employment Opportunity Commission (EEOC) Administrative Judge **or** of your right to a final decision by the agency head or designee without a hearing. **Please note:** At the completion of the investigation of your EEO complaint, we will send you an email with instructions on how to access your record. This access will be active for 30 days at the email address provided at the time you filed the complaint. It is your responsibility to provide NEEOISO an updated email address. After 30 days, your file will no longer be accessible. After accessing your record, please be sure you save your record. You may request a final agency decision without a hearing, at the appropriate time, by addressing your request to NEEOISO-FADS, P.O. Box 21979, Tampa, FL  33622-1979.

You may request a hearing by an EEOC Administrative Judge by notifying, in writing, the District Director of the EEOC at the address stated above.

You must make your hearing request within 30 calendar days of your receipt of the investigative report and you must provide the National EEO Investigative Services – Hearings, P.O. Box 21979, Tampa, FL  33622-1979 with a copy of that hearing request.  If you do not receive your investigative report and notification concerning your appeal rights within 180 calendar days from the date on which you filed your formal complaint, you may request a hearing by writing directly to the EEOC District Office shown above, with a copy to the National EEO Investigative Services Office - Hearings, P.O. Box 21979, Tampa, FL 33622-1979, at any time up to 30 calendar days after receipt of the investigative report.

If you are dissatisfied with the Postal Service's final agency decision where there has been no hearing, or with the Postal Service's final action on the decision of an Administrative Judge following a hearing, you have certain appeals rights.  You may appeal to the Office of Federal Operations, Equal Employment Opportunity Commission (EEOC), at the address shown below, within 30 calendar days of the date of your receipt of the final agency decision or you may file a civil action in the appropriate U. S. District Court within 90 calendar days of your receipt of the decision.

You may file your appeal by several alternative methods.  You may use the EEOC's Public Portal located at https://publicportal.eeoc.gov/, where you can also upload selected documents, and manage your personal and representative information.  You may mail your written appeal to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 77960, Washington, DC 20013-8960 or submit by facsimile to (202)

663-7022. If you use EEOC's Public Portal to file an appeal or submit a brief, you do not need to serve the agency. If you mail or fax your request for an appeal, you must also submit a copy of the appeal or brief to the National EEO Investigative Services Office, NEEOISO - FAD, USPS, P.O. Box 21979, Tampa FL 33622-1979 and submit proof to the EEOC that a copy of the appeal and any supporting documentation or brief were also submitted to the NEEOISO.

After 180 calendar days from the date of filing your formal complaint, you may file a civil action in an appropriate U. S. District Court if the Postal Service has not issued a final decision on your complaint or if no final action has been taken on a decision by an Administrative Judge.

If you decide to appeal to the Office of Federal Operations, EEOC, you may file a civil action in an appropriate U. S. District Court within 90 calendar days after your receipt of the Office of Federal Operation's decision. If you do not receive a decision on your appeal within 180 calendar days from the date of your appeal, you may file a civil action.

*Lee Davis*                                February 22, 2023

Lee Davis                                  Date
EEO Services Analyst